IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| INDYNE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>BEACON OCCUPATIONAL HEALTH & SAFETY SERVICES, INC.<br><br>    Defendant | Case No. |

## NOTICE OF REMOVAL

Defendant Beacon Occupational Health & Safety Services, Inc. ("Beacon"), pursuant to 28 U.S.C. 1332, 1441 and 1446, hereby removes this matter to the United States District Court for the Eastern District of Virginia. As grounds therefore, Beacon states as follows:

1. Plaintiff Indyne, Inc. ("Indyne") filed its Complaint in the Circuit Court of Fairfax County, Virginia, Case No. 18-5489.

2. Plaintiff's Complaint seeks a declaratory judgment to declare the rights, obligations, and liabilities of the parties with respect to a teaming agreement ("Teaming Agreement") entered into between Indyne and Beacon in May 2017.

3. The declaratory relief sought by Plaintiff seeks to resolve, *inter alia*, the existence and enforceability of a contract between the parties with a value in excess of $15,000,000 (Fifteen Million Dollars).

4. Indyne is a citizen of Maryland that is incorporated in Maryland with its principal place of business in Virginia.

5. Beacon is a citizen of Alaska that is incorporated in Alaska with its principal place of business in Alaska.

6. This Court has original jurisdiction in this matter based on 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000.00 exclusive of interest and costs, and the action is between citizens of different states.

7. This action is removable pursuant to 28 U.S.C. § 1441 (a) because this Court has original jurisdiction and Fairfax County Circuit Court is within this Court's district and division.

8. This action is properly removed under 28 U.S.C. § 1441 (b) as Beacon is not a citizen of Virginia.

9. This Notice of Removal has been filed within 30 days of the date that Beacon was served with the summons and Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

10. A copy of the Summons and Complaint are attached hereto, in accordance with 28 U.S.C. § 1446(a).

WHEREFORE, Defendant Beacon Occupational Health & Safety Services, Inc. respectfully requests that this action be, and hereby is removed from the Circuit Court for Fairfax County, Virginia, to the United States District Court for the Eastern District of Virginia.

Dated: June 20, 2018                                                             **Respectfully Submitted,**

/s/ Mark R. Berry
Mark R. Berry (VSB No. 31666)
PECKAR & ABRAMSON, PC
2055 L Street, NW, Suite 750
Washington, DC 20036
Tel.: (202) 293-8815
Fax: (202) 293-7994
Email: mberry@pecklaw.com
***Counsel for Beacon Occupational Health & Safety Services, Inc.***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 20 day of June, 2018 a true and correct copy of the foregoing was electronically filed using the courts CM/ECF system and electronic notice of the same, together with a true and correct copy served via US Mail, was sent to:

>Douglas L. Patin
>Andrew J. Narod
>BRADLEY ARANT BOULT CUMMINGS LLP
>1615 L Street, N.W., Suite 1350
>Washington, DC 20036
>**Counsel for Indyne, Inc.**

                                   /s/ Mark R. Berry
                                   Mark R. Berry