IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| INDYNE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-cv-756 (LMB/MSN) |
| | ) | |
| BEACON OCCUPATIONAL | ) | |
| HEALTH & SAFETY SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, plaintiff's Motion for

Summary Judgment [Dkt. No. 10] is GRANTED, defendant's Motion for Extension of Time to

Complete Discovery [Dkt. No. 15] is DENIED, and it is hereby

ORDERED that judgment be and is entered in favor of plaintiff InDyne, Inc. against

defendant Beacon Occupational Health & Safety Services, Inc., and it is further

ORDERED, ADJUDGED, AND DECREED that the Teaming Agreement is an

unenforceable agreement to agree.

To appeal this decision, defendant must file a written Notice of Appeal with the Clerk of

this Court within 30 days of the entry of this Order. A written Notice of Appeal is a short

statement stating a desire to appeal an order, including the date of the order defendant wants to

appeal. Defendants need not explain the grounds for appeal until so directed by the appellate

court. Failure to file a timely Notice of Appeal waives defendant's right to appeal this decision.

The Clerk is directed to enter judgment in plaintiff's favor, to forward copies of this

Order and accompanying Memorandum Opinion to counsel of record, and to close this civil

action.

Entered this 23rd day of October, 2018.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge