## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| InDyne, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18cv756 |
| | ) |
| | ) |
| Beacon Occupational Health & Safety | ) |
| Services, Inc., | ) |
| Defendant. | ) |

### <u>JUDGMENT</u>

Pursuant to the order of this Court entered on 10/23/18 and in accordance with Federal

Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of plaintiff InDyne, Inc.

and against defendant Beacon Occupational Health & Safety Services, Inc..

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
                  Kathy Lau
                  Deputy Clerk

Dated: 10/23/18
Alexandria, Virginia